**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Mario Humberto ARREOLA–TRASVINA, Defendant—Appellant.**

No. 04–50151.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 24, 2006.

David K. Willingham, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Sylvia Baiz, Esq., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, REINHARDT and BEA, Circuit Judges.

MEMORANDUM **

Mario Humberto Arreola–Trasvina appeals from the sentence imposed upon him following the revocation of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

■ The Clerk shall file appellant's supplement to the opening brief received on December 20, 2004. We reject Arreola–Trasvina's contention that the district court lacked jurisdiction over the supervised release revocation proceeding because the underlying warrant was not supported by an oath. *See United States v. Ortuno–Higareda,* 450 F.3d 406, 410–11 (9th Cir.2006) (holding that oath requirement only applies when the period of su-

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

pervised release has already expired prior to the revocation hearing).

We reject Arreola–Trasvina's contention that the imposition of supervised release violates the Constitution. *See United States v. Huerta–Pimental,* 445 F.3d 1220, 1225 (9th Cir.2006).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the